# Exhibit 1

---------- Forwarded message ---------
From: <sop@cogencyglobal.com>
Date: Wed, Sep 20, 2023 at 2:05 PM
Subject: Service of Process for Entity: SELECTQUOTE INSURANCE SERVICES
To: <taylor.shepard@selectquote.com>
Cc: <james.young@selectquote.com>, <taylor.shepard@selectquote.com>



NOTICE OF SERVICE OF PROCESS

Entity Served: SELECTQUOTE INSURANCE SERVICES

Received in:   Michigan

Cogency Global Inc. has received the enclosed document on behalf of the above named entity. As the appointed registered agent or agent for service of process for the entity, we are forwarding the document to you. By clicking the **"Retrieve Document"** button you acknowledge the receipt of this service of process on behalf of the entity listed.

1

Client Group:          SELECTQUOTE INSURANCE SERVICES
SOP Number:            1196839
Document Type:         Summons & Complaint
Date of Service:       9/20/2023
Service Method:        Personal
Court:                 18th Judicial District Court, Michigan
Document Caption:      Mark W. Dobronski vs SELECTQUOTE INSURANCE SERVICES, et al.
Case Number:           2316276
Original to Follow:    No
Delivery Method:       Email

## Click Here to Retrieve Document

Important Reminders

The above link is valid until 9/27/2023 at 11:59pm EST. The document is also available for viewing at www.entitycentral.com. If you have any questions or concerns, please contact us at sop@cogencyglobal.com or 866-621-3524.

The original of this document will not follow, except if the service of process contains a check or is oversized. If you wish to receive the original document, please contact us within 7 days.

This notice and, if applicable, document link (together, the "Notice") is being sent to, and is intended for, the contact designated in Cogency Global Inc.'s records to receive service of process. We are not responsible for any loss, injury, claim, liability, or damage arising from your use of or reliance on the information contained within the Notice, including, but not limited to, any error or omission in the information contained within the Notice or from any subsequent transmission or third-party access to the Notice. This Notice should be reviewed by your legal and/or tax advisors, and questions concerning whether or how to respond to any document received by us on your entity's behalf should be directed to them. The information contained in the transmittal portion of the Notice is solely for informational purposes, is not a substitute for legal or tax advice, and cannot be relied on to provide complete information.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail, and delete or destroy the message.