# EXHIBIT 4



...CONTINUED- (734) 678-2951, TALK

| When | | Who | Description | | |
|---|---|---|---|---|---|
| Aug 09 | | | | | |
| Aug 10 | | | | | |
| 11:53 AM | IN | (734) 693-8889 | Incoming | W | 10 |
| 12:03 PM | IN | (313) 915-4012 | Incoming | W | 13 |

DOBSIS001