# EXHIBIT 6

AUDIO RECORDING (SUBMITTED USING THE MEDIA FILE UPLOAD PROGRAM AVAILABLE IN CM/ECF AND EMAILED TO PLAINTIFF)