UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MARK W. DOBRONSKI,** | Case No. 2:23-cv-12597-SJM-DRG |
| Plaintiff, | |
| v. | |
| | The Honorable David R. Grand |
| **SELECTQUOTE INSURANCE SERVICES,** *et al.,* | United States Magistrate Judge |
| Defendants. | |

| | |
|---|---|
| Mark W. Dobronski<br>PO Box 222<br>Dexter, MI  48130-0222<br>*Plaintiff in Propria Persona*<br>Tel: (734) 330-9671<br>markdobronski@yahoo.com | TAFT STETTINIUS & HOLLISTER LLP<br>Jonathan Sriro (P52100)<br>Kelley M. Donnelly (P84678)<br>*Attorneys for Defendants*<br>27777 Franklin Rd., Ste. 2500<br>Southfield, MI  48034-8214<br>Tel: (248) 351-3000<br>Fax: (248) 351-3082<br>JSriro@taftlaw.com<br>KDonnelly@taftlaw.com |

## JOINT STATUS REPORT

Pursuant to the Court's May 31, 2024 Order [ECF No. 24], Plaintiff Mark W. Dobronski ("Plaintiff") and Defendants SelectQuote Insurance Services and Tuan England Pham (collectively, "Defendants"), submit the following Joint Status Report.

1. The Court's May 31, 2024 Order requested that the parties provide a status report "detailing their progress in discovery and an anticipated timeline for

participation in continued mediation discussions with Special Master Eric Scheible." [ECF No. 24, PageID. 336].

2. Both Plaintiff and Defendants have engaged in discovery and have each provided initial and supplemental responses to discovery. Plaintiff and Defendants have also both engaged in third party discovery, having issued subpoenas to non-parties. The parties are set to meet with Special Master Eric Scheible on Friday, June 7, 2024 to resolve any remaining discovery issues.

3. As the Parties previously advised the Court, the Defendants and the Plaintiff are both willing to engage in alternative dispute resolution provided that Defendants may appear by video as Defendant SelectQuote representatives reside in Kansas and Defendant Pham resides in California. The parties previously engaged in mediation on April 25, 2024.The parties are willing to mediate again following the dispositive motion cut off date that is set for July 17, 2024.

Respectfully submitted,

                                              TAFT STETTINIUS & HOLLISTER LLP

| | | | |
|---|---|---|---|
| By: | /s/ Mark W. Dobronski | By: | /s/ Kelley M. Donnelly |
| | Mark W. Dobronski | | Jonathan Sriro (P52100) |
| | PO Box 222 | | Kelley M. Donnelly (P84678) |
| | Dexter, MI  48130-0222 | | *Attorneys for Defendants* |
| | *Plaintiff in Propria Persona* | | 27777 Franklin Rd., Ste. 2500 |
| | Tel: (734) 330-9671 | | Tel: (248) 351-3000 |
| | markdobronski@yahoo.com | | Fax: (248) 351-3082 |
| | | | JSriro@taftlaw.com |
| | | | KDonnelly@taftlaw.com |

Dated:  June 7, 2024