UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MARK W. DOBRONSKI,** | Case No. 2:23-cv-12597-SJM-DRG |
| Plaintiff, | The Honorable Stephen J. Murphy<br>United States District Judge |
| v. | |
| **SELECTQUOTE INSURANCE SERVICES,** *et al.,* | The Honorable David R. Grand<br>United States Magistrate Judge |
| Defendants. | |

## JOINT STATUS REPORT

Plaintiff Mark W. Dobronski and Defendants SelectQuote Insurance Services and Tuan England Pham (together with Plaintiff, the "*Parties*" , by and through their undersigned counsel, submit this Joint Status Report pursuant to the Court's January 22, 2025 Order requiring "the parties to submit a joint status report detailing their willingness to participate in alternative dispute resolution or mediation, their prospects of settlement, and a proposed schedule for the final pretrial conference and trial on the remaining claims." ECF No. 56.

1. The Parties submitted this matter to mediation in April 2024, which was unsuccessful, and they agree that further mediation of the remaining claims would not be beneficial.

2. Plaintiff's position is that the Journaya report is dispositive on the issue of whether he consented to Call 2. Defendants position is that the Journaya report is unreliable due to an integration error, and evidence provided by Amigos BPO is incontrovertible evidence that Plaintiff consented to Call 2.

3. The Parties do not agree on the existing claims, and with Plaintiff intending to move for reconsideration of the Court's Omnibus Order (ECF No. 55) with respect to Count V of his Complaint, they feel that a trial on the merits is the only viable resolution of this matter.

4. In accordance with the Court's Order, the Parties propose the following schedule:

| Pretrial Conference | March 24, 2025 |
| Trial | April 28-30, 2025 |

5. The Parties selected these dates on the belief that necessary witnesses who reside outside of the State of Michigan may be called to appear via remote videoconferencing technology. If such belief is incorrect, the Parties' respectfully request additional time to ensure the availability of such witnesses for trial.

Respectfully submitted,

|  |  | TAFT STETTINIUS & HOLLISTER LLP |
|---|---|---|
| /s/Mark W. Dobronski (with permission) <br> Mark W. Dobronski <br> PO Box 222 <br> Dexter, MI 48130-022 <br> *Pro Se* <br> Tel: (734) 330-9671 <br> markdobronski@yahoo.com | By: | /s/ Jonathan Sriro <br> Jonathan Sriro (P52100) <br> Yohana Iyob (P86924) <br> *Attorney for Defendants* <br> 27777 Franklin Rd., Ste. 2500 <br> Southfield, MI 48034-8214 <br> Tel: (248) 351-3000 <br> Fax: (248) 351-3082 <br> JSriro@taftlaw.com <br> YIyob@taftlaw.com |

Dated: January 30, 2025

## Certificate of Service

I hereby certify that on January 30, 2025, I electronically filed this *Joint Status Report* with the clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record.

I also hereby certify that on January 29, 2025, Plaintiff approved of and accepted a copy via email at: markdobronski@yahoo.com.

/s/*Yohana Iyob*
Yohana Iyob